UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ALEXIS PAREDES-MUNIZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-00164 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 17, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. 4). No party has filed any objection. After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation and abstains from exercising jurisdiction. Accordingly, it is:

**ORDERED** that Plaintiff Juan Alexis Parades-Muniz's petition for writ of habeas corpus is **DISMISSED** without prejudice;

**ORDERED** that, in light of this dismissal, Plaintiff's Consent to Proceed Before a Magistrate Judge (Doc. 8) is **DENIED** as moot; and

**ORDERED** that a certificate of appealability is **DENIED**.

SIGNED this 9th day of January, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge